# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

In re: Keith Stafford and )
      Ann Stafford )
)     Case No.
)     Chapter 13
)
)
)
)

## Verification of Creditor Matrix

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of _____1_____ pages(s) is true, correct and complete.


/s/ Keith Stafford
Debtor


/s/ Ann Stafford
Co-Debtor



Dated: _____

Wells Fargo Home Mortgage
PO Box 5296
Carol Stream, IL 60197-5296

Certificate Number: 15317-MOE-CC-025363041



15317-MOE-CC-025363041

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 14, 2015</u>, at <u>6:52</u> o'clock <u>AM PDT</u>, <u>Ann P Stafford</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Missouri</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>April 14, 2015</u>                  By:   <u>/s/Divina Carpio</u>

                                            Name:  <u>Divina Carpio</u>

                                            Title:  <u>Certified Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 15317-MOE-CC-025363042



15317-MOE-CC-025363042

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 14, 2015</u>, at <u>6:52</u> o'clock <u>AM PDT</u>, <u>Keith B Stafford</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Missouri</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>April 14, 2015</u>                    By: <u>/s/Divina Carpio</u>

                                          Name: <u>Divina Carpio</u>

                                          Title: <u>Certified Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).